# IN THE UNITED STATES DISTRICT COURT
# FOT THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH LINDQUIST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 2:23-cv-01236-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| LILLIAN MARDIKIAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 2:23-cv-01246-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| ERNESTO MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 2:23-cv-01270-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| CHRISTINE NEUBAUER, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01300-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| JUDE PALMER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>NCB MANAGEMENT SERVICES, INC. and BANK OF AMERICA CORPORATION,<br><br>    Defendants. | Case No. 2:23-cv-01315-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| HOWARD SUH, individually and on behalf all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-1338-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| KYLIE MEYER, individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC. and BANK OF AMERICA CORPORATION,<br><br> Defendants. | Case No. 2:23-cv-1340-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION (1) TO CONSOLIDATE THE RELATED ACTIONS, (2) TO APPOINT INTERIM CO-LEAD CLASS COUNSEL, PLAINTIFFS' LIAISON COUNSEL AND A PLAINTIFFS' STEERING COMMITTEE, AND (3) TO SET A DEADLINE FOR THE FILING OF A SINGLE CONSOLIDATED AMENDED COMPLAINT**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) under the title "*In re NCB Management Services, Inc. Data Breach Litigation*;" (2) appoint: Benjamin F. Johns of Shub & Johns LLC, Joseph M Lyon of The Lyon Law Firm, LLC, and Christian Levis of Lowey Dannenberg, P.C. as Interim Co-Lead Class Counsel; appoint Charles E. Schaffer of Levin Sedran & Berman LLP as Plaintiffs' Liaison Counsel; and appoint Terence R. Coates of Markovits, Stock & Demarco, LLC, Mark B. DeSanto of Sauder Schelkopf LLC, Danielle L. Perry of Mason LLP, and Carl Malmstrom of Wolf Haldenstein Adler Freeman & Herz LLC to a Plaintiffs' Steering Committee, pursuant to Fed. R. Civ. P. 23(g)(3); and (3) schedule the deadline for Plaintiffs to file their Consolidated Class Action Complaint.

1

A proposed order granting this requested relief is submitted herewith.

Dated: April 13, 2023                    Respectfully submitted,

*[signature: B. Johns]*

**SHUB & JOHNS LLC**
Jonathan Shub (PA I.D. #53965)
Benjamin F. Johns (PA I.D. #201373)
Samantha Holbrook (PA I.D. #311829)
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 477-8380
Fax: (856) 210-9088
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Attorneys for Plaintiffs Jude Palmer and Howard Suh and the Proposed Class*

Gary E. Mason
(*pro hac vice* forthcoming
Danielle L. Perry
(*pro hac vice* forthcoming
Lisa A. White
(*pro hac vice* forthcoming)
**MASON LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Attorneys for Plaintiff Howard Suh and the Proposed Class*

Joseph B. Kenney (PA I.D. #316557)
Mark B. DeSanto (PA I.D. #320310)
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue

Charles E. Schaffer (PA I.D. #76259)
Nicholas J. Elia (PA I.D. #325978)
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

Bryan L. Bleichner
*(pro hac vice* forthcoming)
Philip J. Krzeski
(*pro hac vice* forthcoming)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S., Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

2

Berwyn, PA 19312
Telephone: (888) 711-9975
Fax: (610) 421-1326
jbk@sstriallawyers.com
mbd@sstriallawyers.com

*Attorneys for Plaintiff Kylie Meyer and the Proposed Class*

Christian Levis
(*pro hac vice* forthcoming)
Amanda G. Fiorilla
(*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (PA I.D. #322528)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Fax: (914) 997-0035
achristina@lowey.com

*Attorneys for Plaintiff Ernesto Medina and the Proposed Class*

Joseph M. Lyon
(*pro hac vice* forthcoming)
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiff Joseph Lindquist and the Proposed Class*

Mark C. Rifkin (PA I.D. #43614)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Fax: (212) 686-0114
rifkn@whafh.com

Carl V. Malmstrom
(*pro hac vice* forthcoming)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Attorneys for Plaintiff Christine Neubauer and the Proposed Class*

Charles E. Schaffer PA I.D. #76259)
Nicholas J. Elia (PA I.D. #325978)
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

3

Terence R. Coates
(*pro hac vice* forthcoming)
Dylan J. Gould
(*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com

Joseph M. Lyon
(*pro hac vice* forthcoming)
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiff Lillian Mardikian and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of April 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

The undersigned hereby also certifies that on the 13th day of April 2023, a true and correct copy of the above and foregoing will be sent via electronic mail to the following:

| | |
|---|---|
| Alan E. Schoenfeld, Esq.<br>WILMERHALE<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 USA<br>alan.schoenfeld@wilmerhale.com<br><br>*Counsel for Defendant Bank of America Corp.* | David J. Shannon, Esq.<br>MARSHALL DENNEHEY<br>2000 Market Street, Suite 2300, Philadelphia, PA 19103<br>djshannon@mdwcg.com<br><br>*NCB Management Services, Inc.* |

Dated:   April 13, 2023            By: _____
                                        Benjamin F. Johns