IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: NCB Management Services, Inc. Data Breach Litigation | Case No. 2:23-cv-01236-KNS |

**PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Joseph Lindquist, Lillian Mardikian, Howard Suh, Ernesto Medina, Benedict Lozada, Edward Del Hierro, Tobi Patterson, Jude-Law Palmer, Kevin Bliss, Michael Teixeira, Diane Ross, Jacqueline O'Brien, Kelly Matts, Micael Martin, Christine Neubauer, and Bryan Woodlow (collectively, "Plaintiffs") move under Rule 23(e) of the Federal Rules of Civil Procedure for preliminary approval of a proposed class action settlement with Defendant NCB Management Services, Inc.

In support thereof, Plaintiffs rely upon the accompanying Memorandum of Law in Support; Declaration; Exhibits; and the [Proposed] Preliminary Approval Order.

Wherefore, Plaintiffs respectfully requests that this Court enter an Order preliminarily approving the proposed class action settlement.

Dated: May 1, 2025

Respectfully submitted,

/s/ Benjamin F. Johns

Benjamin F. Johns (PA I.D. 201373)
Samantha E. Holbrook (PA I.D. 311829)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
Email: bjohns@shublawyers.com
Email: sholbrook@shublawyers.com

-2-

Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Fax: (914) 997-0035
Email: achristina@lowey.com

Joseph M. Lyon
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Email: jlyon@thelyonfirm.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Email: cschaffer@lfsblaw.com

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: (855) 843-5442
Email: TCoates@msdlegal.com

Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312

Tel: (610) 200-0583
Email: jbk@sstriallawyers.com

Danielle L. Perry
**MASONLLP**
5335 Wisconsin Avenue, N.W., Suite 640
Washington, D.C. 20015
Tel: (202) 640-1168
Email: dperry@masonllp.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
Email: malmstrom@whath.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2025, a copy of the foregoing document was filed electronically with the U.S. District Court for the Eastern District of Pennsylvania and served on all counsel of record through the CM/ECF system.

_____
Benjamin F. Johns