UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: NCB Management Services, Inc. Data Breach Litigation* | Case No. 2:23-cv-01236-KNS<br><br>CLASS ACTION<br><br>DECLARATION OF ANDREA DUDINSKY OF KROLL SETTLEMENT ADMINISTRATION LLC REGARDING NOTICE COMPLIANCE |

I, Andrea Dudinsky, declare as follows:

**INTRODUCTION**

1. I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Claims Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed pursuant to paragraph 18 of the Preliminary Approval Order, to update the Court in connection with the Notice Plan's compliance and completion.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Class Action Settlement (ECF No. 130-2) entered in this Action.

consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## NOTICE by Email and Mail

### Data and Case Setup

3. On April 4, 2025, Kroll received two (2) data files from the Defendant. The files, containing 1,048,118 records and 91,328 records, included the account number, first name, middle name, last name, physical mailing address, and email address for each potential Settling Class Member. On April 16, 2025, Kroll received a supplemental data file containing 331,783 records including the first name, middle name, last name, physical mailing address, and email address for each potential Settling Class Members. Kroll undertook several steps to reconcile the three (3) lists and compile the eventual Class List for the email and mailing of Short Form Notices. After standardizing and deduplicating the data, Kroll determined that there were 210 duplicate records, leaving a total of 1,471,019 unique records. Of the 1,471,019 unique records, 1,244,592 records had an email address, 224,610 records had a physical mailing address only, and 1,817 records had missing or invalid mailing addresses and did not include an email address. As directed by Counsel, Kroll ran 224,610 records through an email search which resulted in obtaining 67,394 additional emails for Settling Class Members.

4. Additionally, to ensure that Notices would be deliverable to Settling Class Members, Kroll ran the Class List through the USPS's National Change of Address (NCOA) database and updated the Class List with address changes received from the NCOA.

### Notice Plan

5. On March 24, 2025, Kroll established a toll-free telephone number, (833) 421-6696, for Settling Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system, with an option to be connected to a live operator. As of August 11, 2025, the IVR system has received 2,983 calls, and 931 callers have been connected to a live operator.

6. On March 25, 2025, Kroll designated a post office box with the mailing address "*In re: NCB Management Services, Inc. Data Breach Litigation*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391" to receive Requests for Exclusion, Settlement Claim Forms, and correspondence from Settling Class Members.

7. On May 28, 2025, Kroll created a dedicated Settlement Website entitled www.ncbdatasettlement.com. The Settlement Website "went live" on June 25, 2025. The Settlement Website contains a summary of the Settlement, allows Settling Class Members to contact the Claims Administrator with any questions or changes of address, and provided notice of important dates such as the Opt-Out Deadline, Objection Deadline, Settlement Claims Deadline, and Fairness Hearing. The Settlement Website also contains relevant case documents including the operative Consolidated Complaint, Settlement Agreement, Preliminary Approval Order, Long Form Notice, and Settlement Claim Form, and allows Settling Class Members an opportunity to file a Settlement Claim Form online.

8. On June 25, 2025, Kroll caused the email notice to be sent to the 1,311,986 email addresses on file for Settling Class Members. Of 1,311,986 emails attempted for delivery, 270,472 emails were rejected/bounced back as undeliverable. On June 27, 2025, Kroll caused the mailing of 157,216 Short Form Notices via first-class mail. Pursuant to paragraph 14 of the Preliminary Approval Order and paragraph 10.4 of the Settlement Agreement, Kroll mailed out all initial Short Form Notice mailings within forty-five (45) days of the Preliminary Approval Order.

9. On July 31, 2025, Kroll caused the mailing of 269,988 Short Form Notices via first-class mail to Settling Class Members whose email notice bounced/rejected and who had a physical mailing address available.

10. Kroll has, and will continue to, process remailings pursuant to the Settlement Agreement paragraph 10.4, which requires that if a Short Form Notice is returned by the USPS as undeliverable without a forwarding address, Kroll is to undertake an advanced address search process to find a more current address. If an updated address is obtained through the advanced address search process, Kroll is re-mailing the Short Form Notice to the updated address.

11.     Kroll is also continuing to process and respond to Short Form Notices returned by the USPS with a forwarding address and will continue to process and respond to all remailings up to September 29, 2025.

### Media Notice

12.     Consistent with section 10.5 of the Settlement Agreement, to supplement the direct notice effort, Kroll implemented the Additional Notice program via publication on social media platforms and through a press release distribution on Business Wire.

13.     The social media campaign commenced on June 27, 2025, and was substantially completed by July 27, 2025. Facebook and Instagram ads were targeted to an audience of adults 18 years of age or older nationwide and appeared to users via placements such as feeds, stories, and reels.  A total of 234,050 impressions were delivered. Attached hereto as Exhibit A are true and correct copies of the social media ads.

14.     On June 27, 2025, a press release was issued in English over Business Wire's National newsline. Business Wire's distribution includes online posting to news sites, portals, and mobile platforms. Approximately 184 syndicated postings of the settlement resulted from the press release. Attached hereto as Exhibit B is a copy of the press release as distributed.

### CLAIM ACTIVITY

15.     The Settlement Claims Deadline is August 26, 2025.

16.     As of August 11, 2025, Kroll has received 80 Settlement Claim Forms through the mail and 20,105 Settlement Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Settlement Claim Forms.

17.     To prevent Settlement Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settling Class Members were provided a unique "Class Member ID" on their respective Notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

### EXCLUSIONS AND OBJECTIONS

18.     The Objection/Opt-Out Deadline is August 26, 2025.

19. Kroll has received no requests for exclusion from Settling Class Members. Settling Class Members were not instructed to submit their objection to the Claims Administrator, but one (1) has been received by Kroll.

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on August 11, 2025, Kansas City, Missouri.

*/s/ Andrea Dudinsky*
Andrea Dudinsky

# Exhibit A

## NCB Management Social Media Ads






# Exhibit B

Jun 27, 2025 10:00 AM Eastern Daylight Time

# Kroll Settlement Administration Announces a Proposed Settlement in the *NCB Management Services, Inc. Data Breach Litigation*; If Your Personal Information Was Impacted by the Data Breach, You May Be Eligible to Receive Benefits

Share 

PHILADELPHIA--(BUSINESS WIRE)--The following statement is being issued by Kroll Settlement Administration regarding *In re: NCB Management Services, Inc. Data Breach Litigation*.

**Who is this about?**

A proposed settlement has been reached in a class action lawsuit called *In re: NCB Management Services, Inc. Data Breach Litigation*, Case No. 2:23-cv-01236-KNS (the "Lawsuit"), which is pending in the United States District Court for the Eastern District of Pennsylvania (the "Court"). The Lawsuit alleges that the unauthorized third-party access to NCB Management Services, Inc. ("NCB") systems identified on or around February 4, 2023 (the "Data Breach") caused Class Members' Personal Information to be accessed, stolen, or compromised.

**Who is a Settlement Class Member?**

The Settlement Class includes all Persons in the United States whose Personal Information was compromised in the Data Breach disclosed by NCB on or about March 24, 2023, including all who were sent notice of the Data Breach.

**What does the Settlement provide?**

The Settlement establishes a $2,625,000 Settlement Fund to be used to pay for Claims Administration Costs; Service Awards to the Plaintiffs; attorneys' fees and expenses; Approved Claims for Cash Payments for Out-of-Pocket Losses & Lost Time; and Approved Claims for the Alternative Cash Payments. Settlement Class Members may select **ONE** of the following Settlement Benefits:

- **Cash Payments for Out-of-Pocket Loss & Lost Time** – reimbursement for certain documented out-of-pocket costs or expenditures, including lost time, incurred by a Settlement Class Member that are fairly traceable to the Data Breach (up to $2,500). Settling Class Members may submit a claim for reimbursement of time spent remedying losses attributable to the Data Breach ("Lost Time"), up to four (4) hours at thirty dollars ($30) per hour; **OR**
- **Alternative Cash Payments** – a flat cash payment, in an amount to be determined consistent with the Settlement. The Alternative Cash Payments may be increased or reduced *pro rata* depending on the total number of Settlement Class Members who participate in the Settlement, and the type of Settlement relief selected by Class Members.

**How do I get a Cash Payment?**

You must submit a Claim Form, available at www.NCBDataSettlement.com to be eligible to receive either of the two (2) Settlement Benefits listed above. You must complete and file a Settlement Claim Form either online or by mail **postmarked by August 26, 2025** including required documentation.

**What are your other options?**

- **Do Nothing:** If you do nothing, you are included as a Settlement Class Member but you will not get money from the Settlement. You will be legally bound by the terms of the Settlement, and

you give up any rights to sue for the claims asserted in this case.

- **Exclude Yourself:** If you do not want to be included in the Settlement and legally bound by decisions made by the Court, you must exclude yourself, or "opt out," by mailing a written request for exclusion to the Settlement Administrator to be **received by August 26, 2025**. If you exclude yourself, you will not get any Settlement Class Member Benefits because the Settlement no longer affects you.
- **Object**: You can remain a Settlement Class Member but submit an objection and explain why you do not like the Settlement. Written objections must be filed with the Court to be **received by August 26, 2025**.

When is the Fairness Hearing?

The Court will hold a Fairness Hearing on **September 29, 2025 at 10:00 a.m. ET** at the U.S. District Court for the Eastern District of Pennsylvania in Courtroom 13-B, located at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106. The purpose of the Fairness Hearing is for the Court to consider approval of the settlement, payment to Class Counsel for attorneys' fees of up to one-third of the Settlement Fund plus reasonable litigation costs up to $50,000, and an award of up to $2,000 for each Class Representative (for a total of $36,000). You may appear at the hearing yourself or through an attorney hired by you, at your own expense, but you don't have to.

*This is only a summary.* If you have questions or want more information about this lawsuit, the settlement and your rights, visit www.NCBDataSettlement.com, call **(833) 421-6696** or write to *In re: NCB Management Services, Inc. Data Breach Litigation* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

## Contacts

Media Contact (press only): Sarah Shin, 310-291-9626

Industry:   Class Action Lawsuit    Professional Services    Legal

**KROLL SETTLEMENT ADMINISTRATION**

**RELEASE VERSIONS**

English

**CONTACTS**

Media Contact (press only): Sarah Shin, 310-291-9626

# More News From Kroll Settlement Administration

Get RSS Feed

### Kroll Settlement Administration Announces That a Proposed Class Action Settlement Has Been Reached in the Lawsuit Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund V. Olo Inc.

NEW YORK--(BUSINESS WIRE)--Proposed Class Action Settlement Reached in Steamship Trade Association of Baltimore–International Longshoremen's Association Pension Fund V. Olo Inc....