# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: NCB Management Services, Inc. Data Breach Litigation* | Case No. 2:23-cv-01236-KNS <br><br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF ANDREA DUDINSKY OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT** |

I, Andrea Dudinsky, declare as follows:

## **INTRODUCTION**

1.      I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working with me and/or under my general supervision. This declaration is being filed in connection with Final Approval of the Settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## **BACKGROUND**

3.      Kroll was appointed as the Claims Administrator to provide notification and claims administration services in connection with the Stipulation and Agreement of Class Action

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

Settlement (the "Settlement Agreement") entered into in this Action. Kroll's duties in connection with the Settlement have and will include: (a) establishing a toll-free telephone number; (b) establishing a post office box for the receipt of mail; (c) receiving and analyzing the Class List from the Defendant; (d) creating a Settlement Website with online claim filing capabilities; (e) preparing and sending the Short Form Notice via email ("Email Notice"); (f) preparing and sending the Short Form Notice via first-class mail; (g) initiating a media campaign including online banners; (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (i) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (j) receiving and processing Settlement Claim Forms; (k) receiving and processing opt-out requests; and (l) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### Data and Case Setup

4.      On March 24, 2025, Kroll established a toll-free telephone number, (833) 421-6696, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system, with an option to be connected to a live operator.  As of September 2, 2025, the IVR system has received 4,302 calls, and 1,442 callers have been connected to live operators.

5.      On March 25, 2025, Kroll designated a post office box with the mailing address *In re: NCB Management Services, Inc. Data Breach Litigation*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, in order to receive opt-out requests, Settlement Claim Forms, and correspondence from Settlement Class Members.

6.      On April 4, 2025, Kroll received two (2) data files from the Defendant. The files contained 1,048,118 records and 91,328 records, respectively, and included the account number, first name, middle name, last name, physical mailing address, and email address for each Settlement Class Member. On April 16, 2025, Kroll received a supplemental data file containing 331,783 records including the first name, middle name, last name, physical mailing address, and

email address for each Settlement Class Members. Kroll undertook several steps to reconcile the three (3) lists and compile the eventual Class List for the email and mailing of Short Form Notices. After standardizing and deduplicating the data, Kroll determined that there were 210 duplicate records, leaving a total of 1,471,019 unique records. Of the 1,471,019 unique records, 1,244,592 records had an email address, 224,610 records had a physical mailing address only, and 1,817 records had missing or invalid mailing addresses and did not include an email address. As directed by Counsel, Kroll ran 224,610 records through an email search which resulted in obtaining 67,394 additional emails for Settlement Class Members. Additionally, in an effort to ensure that Short Form Notices would be deliverable to Settlement Class Members, Kroll ran the Class List through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

7.    On May 28, 2025, Kroll created a dedicated Settlement Website entitled www.ncbdatasettlement.com. The Settlement Website "went live" on June 25, 2025, and contains a summary of the Settlement, important dates and deadlines, contact information for the Claims Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Long Form Notice, Settlement Claim Form, Preliminary Approval Order, the operative Consolidated Complaint, and the Fee and Expense Application and application for Service Awards, and allowed Settlement Class Members an opportunity to file a Settlement Claim Form online.

**The Notice Program**

8.    On June 25, 2025, Kroll caused the Email Notice to be sent to the 1,311,986 email addresses on file for Settlement Class Members, as noted above. A true and correct copy of a complete example Email Notice (including the subject line) is attached hereto as **Exhibit A**. Of the 1,311,986 emails attempted for delivery, 270,472 emails were rejected/bounced back as undeliverable.

9.      On June 27, 2025, Kroll caused the mailing of 157,216 Short Form Notices via first-class mail.  A true and correct copy the mailed Short Form Notice, along with the Long Form Notice and Settlement Claim Form, are attached hereto as **Exhibits B, C**, and **D**, respectively.

10.     Consistent with section 10.5 of the Settlement Agreement, to supplement the direct Notice effort, Kroll implemented the Additional Notice program via publication on social media platforms and through a press release distribution on Business Wire.

11.     The social media campaign commenced on June 27, 2025, and was substantially completed by July 27, 2025. Facebook and Instagram ads were targeted to an audience of adults 18 years of age or older nationwide and appeared to users via placements such as feeds, stories, and reels.  A total of 234,050 impressions were delivered. Attached hereto as **Exhibit E** are true and correct copies of the social media ads.

12.     On June 27, 2025, a press release was issued in English over Business Wire's National newsline. Business Wire's distribution includes online posting to news sites, portals, and mobile platforms. Approximately 184 syndicated postings of the Settlement resulted from the press release. Attached hereto as **Exhibit F** is a copy of the press release as distributed.

13.     On July 31, 2025, Kroll caused the mailing of 269,988 Short Form Notices via first-class mail to Settling Class Members whose email Notice bounced/rejected and who had a physical mailing address available.

## NOTICE PROGRAM REACH

14.     As of September 2, 2025, 1,587 Short Form Notices were returned by the USPS with a forwarding address.  Of those, 1,575 Short Form Notices were automatically re-mailed to the updated addresses provided by USPS. The remaining twelve (12) Short Form Notices were re-mailed by Kroll to the updated address provided by the USPS.

15.     As of September 2, 2025, 63,072 Short Form Notices were returned by the USPS as undeliverable as addressed, without a forwarding address.  Kroll ran 61,623 undeliverable records through an advanced address search. The advanced address search produced 39,510 updated addresses. Kroll has re-mailed Short Form Notices on rolling basis in three batches to the

39,510 updated addresses obtained from the advanced address search between July 25, 2025, and August 27, 2025.  Of the 39,510 re-mailed Notices, 190 have been returned as undeliverable a second time. Kroll will continue to trace and re-mail Short Form Notices up to the Fairness Hearing.

16.     Based on the foregoing, following all Short Form Notice re-mailings, Kroll has reason to believe that Short Form Notices and Email Notices likely reached 1,444,966 of the 1,471,019 Settlement Class Members, which equates to a reach rate of the direct notice of approximately 98.23%.  This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[3]  The table below provides an overview of dissemination results for the direct Notice program.

---

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[3] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d ed. 2010).

| Direct Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members** | **Percentage of Class Members** |
| Settlement Class Members | 1,471,019 | 100.0% |
| **Initial Email Notice Campaign** | | |
| (+) Email Notices sent (Initial Campaign) | 1,311,986 | 89.19% |
| (-) Total Email Notices returned as undeliverable | (270,472) | 18.39% |
| **Initial Short Form Notice Campaign** | | |
| (+) Short Form Notices Mailed (Initial Campaign) | 157,216 | 10.69% |
| (+) Short Form Notices Mailed (Email Notice returned as undeliverable) | 269,988 | 18.35% |
| (-) Total Short Form Notices returned as undeliverable | (63,072) | 4.29% |
| **Supplemental Short Form Notice Mailing** | | |
| (+) Total Unique Short Form Notices Re-mailed | 39,510 | 2.69% |
| (-) Total Undeliverable (Re-Mailed) Short Form Notices | (190) | 0.01% |
| **Direct Notice Program Reach** | | |
| (=) Likely Received Direct Notice | 1,444,966 | 98.23% |

## CLAIM ACTIVITY

17.    The Settlement Claims Deadline was August 26, 2025.

18.    As of September 2, 2025, Kroll has received 288 Settlement Claim Forms through the mail and 22,863 Settlement Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Settlement Claim Forms.

19.    To prevent Settlement Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settling Class Members were provided a unique "Class Member ID" on their respective Notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Settlement Claim Form online.

## EXCLUSIONS AND OBJECTIONS

20.    The Objection/Opt-Out Deadline was August 26, 2025.

21.    Kroll has received two (2) timely requests for exclusion from the Settlement. Settlement Class Members were not instructed to submit their objection to the Claims

Administrator, but one (1) has been received by Kroll and was forwarded to counsel for the Parties. A list of the exclusions is attached hereto as **Exhibit G.**

**CLAIMS ADMINISTRATION COSTS**

22.     As of September 2, 2025, Kroll has billed $307,841.20 for services and fees incurred in the administration of this matter, which includes media costs. Kroll estimates that it will bill an additional $219,358.80 to complete the administration of this Settlement. The current estimate is subject to change depending on factors such as the number of claims remaining to be reviewed, number of claims filed, and/or any Settlement administration scope change not currently under consideration.  This estimate is based on Kroll's many years of experience administering class action settlements.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on September 2, 2025, in Kansas City, Missouri.

_____
Andrea Dudinsky

# Exhibit A

**Subject:** In re: NCB Management Services, Inc. Data Breach Litigation – Court Approved Legal Notice

## COURT APPROVED LEGAL NOTICE

*In re: NCB Management Services, Inc. Data Breach Litigation*
Case No. 2:23-cv-01236-KNS (E.D. Pa.)

CLASS MEMBER ID: «RefNum»
Name: <<FirstName>><<MI>><< LastName>>

This Email Notice is to alert you to a proposed Settlement with Defendant NCB Management Services, Inc. ("Defendant" or "NCB") in a pending class action (the "Action") captioned *In re: NCB Management Services, Inc. Data Breach Litigation*, Case No. 2:23-cv-01236-KNS (E.D. Pa.). This Settlement is not an admission by NCB of wrongdoing or an indication that any law was violated, and no Court has made such a determination.

A proposed Settlement has been reached arising out of lawsuits filed against NCB in connection with the unauthorized third-party access to NCB's systems identified on or around  February 4, 2023 (the "Data Breach"), which Plaintiffs allege caused Class Members' Personal Information to be accessed, stolen, or compromised. Please visit the Settlement Website at www.NCBDataSettlement.com to view the full Long Form Notice and Settlement Agreement.

**Who is Included?** The Settlement Class includes all Persons in the United States whose Personal Information was compromised in the Data Breach disclosed by NCB on or about March 24, 2023, including all who were sent notice of the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $2,625,000 Settlement Fund to be used to pay for Claims Administration Costs; Service Awards to the Plaintiffs; attorneys' fees and expenses; Approved Claims for Cash Payments for Out-of-Pocket Losses & Lost Time; and Approved Claims for the Alternative Cash Payments. Settlement Class Members may select **ONE** of the following Settlement Benefits:

- **Cash Payments for Out-of-Pocket Loss & Lost Time** – reimbursement for certain documented out-of-pocket costs or expenditures, including lost time, incurred by a Settlement Class Member that are fairly traceable to the Data Breach (up to $2,500) Settling Class Members may submit a claim for reimbursement of time spent remedying losses attributable to the Data Breach ("Lost Time"), up to four (4) hours at thirty dollars ($30) per hour.; **OR**

- **Alternative Cash Payments** – a flat cash payment, in an amount to be determined consistent with the Settlement. The Alternative Cash Payments may be increased or reduced *pro rata* depending on the total number of Settlement Class Members who participate in the Settlement, and the type of Settlement relief selected by Class Members.

**How To Get Benefits: You must "opt-in" to receive either of the two (2) Settlement Benefits listed above. To do so, you must complete and file a Settlement Claim Form either online by clicking here or by mail postmarked by August 26, 2025 including required documentation. You may obtain a paper Settlement Claim Form on the Settlement Website and submit by mail. Submitting a Claim Form is the only way you can receive a Cash Payment for Out-of-Pocket Losses & Lost Time or an Alternative Cash Payment.**

**Your Other Options.** If you do not want to be legally bound by the Settlement, **you must exclude yourself, so it is received to the Claims Administrator by August 26, 2025**. If you do not exclude yourself, you will release any claims you may have against NCB or other Released Parties (as defined in the Settlement Agreement) related to the NCB Data Breach, as more fully described in the Settlement Agreement, available at the Settlement

Website. **If you do not exclude yourself, you may object to the Settlement, so it is received by August 26, 2025. Please review the Long Form Notice and Settlement Agreement on the Settlement Website for further details.**

**The Fairness Hearing.** The Court has scheduled a hearing in this case (*In re: NCB Management Services, Inc. Data Breach Litigation*, Case No. 2:23-cv-01236-KNS (E.D. Pa.)) for **September 29, 2025 at 10:00 AM EST at 601 Market Street, Philadelphia, PA 19106**, to consider: whether to approve the Settlement, Service Awards, attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the Fairness Hearing, but you are not required to do so. The hearing may be held remotely, so please check the Settlement Website for those details.

**More Information.** Complete information about your rights and options, how to update your address as well as the Claim Form, the Long Form Notice, and Settlement Agreement are available at www.NCBDataSettlement.com, or by calling toll free (833) 421-6696.

# Exhibit B

In re NCB Management Services, Inc. Data Breach Litigation
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

PRSRT CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

**COURT APPROVED LEGAL NOTICE**

*In re: NCB Management Services, Inc.*
**Data Breach Litigation**
**United States District Court**
**Eastern District of Pennsylvania**
**Case No. 2:23-cv-01236-KNS**

**As a Result of the NCB DATA BREACH,
You Can Get Cash.**

*This is not a solicitation from a lawyer.*

**For more information about the Settlement
and how to file a Claim Form visit or call:
www.NCBDataSettlement.com (833) 421-6696**

**A proposed Settlement has been reached arising out
of lawsuits filed against NCB Management Services, Inc.
("NCB") in connection with the unauthorized third-party
access to NCB's systems identified on or around
March 24, 2023 (the "Data Breach"), which Plaintiffs
allege caused Settlement Class Members' Personal
Information to be accessed, stolen, or compromised.**

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<MI>> <<LastName>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>

**Who is Included?** The Settlement Class Members consist of all Persons in the United States whose Personal Information was compromised in the Data Breach disclosed by NCB on or about March 24, 2023, including all who were sent notice of the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $2,625,000 Settlement Fund to be used to pay for costs of Notice and administration; Service Awards to the Class Representatives; attorneys' fees and expenses; Approved Claims for Cash Payments for Out-of-Pocket Losses; and Approved Claims for the Alternative Cash Payments. Claimants may select **ONE** of the following forms of Settlement relief:

- **Cash Payments for Out-of-Pocket Loss & Lost Time** – reimbursement for certain documented out-of-pocket costs or expenditures, including lost time, incurred by a Settling Class Member that are fairly traceable to the Data Breach (up to $2,500) and reimbursement of time spent dealing with the Data Breach ("Lost Time"), up to four (4) hours at thirty dollars ($30) per hour; **OR**
- **Alternative Cash Payments** – a flat cash payment, in an amount to be determined consistent with the Settlement. The Alternative Cash Payments may be increased or reduced pro rata depending on the total number of Settlement Class Members who participate in the Settlement, and the type of Settlement relief selected by Settlement Class Members.

**How To Get Benefits: You must "opt-in" to receive either of the two Settlement Benefits listed above. To do so, you must complete and file a Settlement Claim Form either online or by mail postmarked by August 26, 2025, including required documentation. You can file your claim online at www.NCBDataSettlement.com. You may also get a paper Claim Form at the website and submit by mail. Submitting a Claim Form is the only way you can receive a Cash Payment for Out-of-Pocket Losses & Lost Time or an Alternative Cash Payment**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, **you must exclude yourself, so it is received to the Claims Administrator by August 26, 2025.** If you do not exclude yourself, you will release any claims you may have against NCB or other Released Parties (as defined in the Settlement Agreement) related to the Data Breach, as more fully described in the Settlement Agreement. **If you do not exclude yourself, you may object to the Settlement, so it is received by August 26, 2025. Please review the Long Form Notice and Settlement Agreement on the Settlement Website for further details.**

**The Fairness Hearing.** The Court has scheduled a hearing in this case (In re: NCB Management Services, Inc. Data Breach Litigation, Case No. 2:23-cv-01236-KNS) for **September 29, 2025 at 10:00 AM EST at 601 Market Street, Philadelphia, PA 19106**, to consider: whether to approve the Settlement, Service Awards, attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the Fairness Hearing, but you are not required to do so. The hearing may be held remotely, so please check the Settlement Website for those details.

**More Information.** Complete information about your rights and options, how to update your address as well as the Claim Form, the Long Form Notice, and the Settlement Agreement are available at **www.NCBDataSettlement.com**, or by calling toll free **(833) 421-6696**.

Exhibit C

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT, SEPTEMBER 29, 2025**
**FAIRNESS HEARING AND SETTLEMENT CLASS MEMBERS' RIGHTS**

**This Notice of Proposed Class Action Settlement, September 29, 2025 Fairness Hearing and Settlement Class Members' Rights ("Notice") is given pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the U.S. District Court for the Eastern District of Pennsylvania (the "Court"). It is not junk mail, an advertisement, or a solicitation from a lawyer. You have not been sued.**

***PLEASE READ THIS ENTIRE NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY THE PROCEEDINGS IN THE ABOVE-CAPTIONED ACTION ("ACTION"). THIS NOTICE ADVISES YOU OF YOUR RIGHTS AND OPTIONS WITH RESPECT TO THIS ACTION, INCLUDING WHAT YOU MUST DO IF YOU WISH TO SHARE IN THE PROCEEDS OF THE SETTLEMENT.***

TO:    ALL PERSONS IN THE UNITED STATES WHOSE PERSONAL INFORMATION WAS COMPROMISED IN THE DATA BREACH DISCLOSED BY NCB ON OR ABOUT MARCH 24, 2023, INCLUDING ALL WHO WERE SENT NOTICE OF THE DATA BREACH.

The purpose of this Notice is to inform you of a proposed settlement in this Action (the "Settlement") with Defendant NCB Management Services, Inc. ("NCB"). Plaintiffs Joseph Lindquist, Lillian Mardikian, Howard Suh, Ernesto Medina, Benedict Lozada, Edward Del Hierro, Tobi Patterson, Jude-Law Palmer, Kevin Bliss, Michael Teixeira, Diane Ross, Jacqueline O'Brien, Kelly Matts, Micael Martin, Christine Neubauer, and Bryan Woodlow ("Plaintiffs") entered into the Settlement Agreement with NCB on April 10, 2025.

If you were notified of this Settlement, your Personal Information may have been accessed, stolen or compromised during the unauthorized third-party access to NCB's systems that was made public by NCB on or about March 24, 2023 (the "Data Breach").

**Please do not contact the Court regarding this Notice.** Inquiries concerning this Notice, the Settlement Claim Form, or any other questions by Settlement Class Members should be directed to the Claims Administrator:

In re: NCB Management Services, Inc. Data Breach Litigation
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391
(833) 421-6696

Plaintiffs allege that NCB failed to implement reasonable data security measures to protect certain individuals' Personal Information and, as a result of the Data Breach, Plaintiffs' and Settlement Class Members' Personal Information was accessed, stolen, or compromised. Plaintiffs sued NCB, asserting legal claims for negligence, negligence *per se*, breach of implied contract, breach of contract – third party beneficiaries, invasion of privacy, unjust enrichment, violations of state consumer protection and data privacy statutes and the Driver's Privacy Protection Act, declaratory and injunctive relief, and breach of contract. NCB disputes Plaintiffs' allegations and denies, among other things, that it failed to properly protect any personal data, had inadequate data security, or that it violated any state or federal laws. Plaintiffs and NCB have agreed to the Settlement to avoid the uncertainty and risk of further litigation.

The Court has preliminarily approved the Settlement with NCB. To resolve all Released Claims against all Released Parties, NCB has agreed to pay a total of $2,625,000. In exchange, Settlement Class Members who do not opt-out of the Settlement will release their claims against NCB and certain other Released Parties in the Action.

The following table contains a summary of your rights and options regarding the Settlement. More detailed information about your rights and options can be found in the Settlement Agreement, which is available at www.NCBDataSettlement.com (the "Settlement Website").

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING** | If you do nothing, you will not receive any of the Settlement Benefits and you will give up your rights to sue NCB and the other Released Parties for the claims this Settlement resolves. You will be bound by past and any future Court rulings, including rulings on the Settlement, if approved, and the Settlement release. *See* Question 16. |
| **FILE A SETTLEMENT CLAIM FORM** | Submitting a Settlement Claim Form is the only way that you can receive any of the Settlement Benefits provided by this Settlement. <br><br> If you submit a Settlement Claim Form, you will give up the right to sue NCB and the other Released Parties (as defined in the Settlement Agreement) in a separate lawsuit about the legal claims this Settlement resolves. <br><br> You must submit your Settlement Claim Form by **August 26, 2025,** at the Settlement Website (www.NCBDataSettlement.com). You may also mail your Settlement Claim Form to the Claims Administrator as long as it is postmarked on or before **August 26, 2025**. *See* Question 11. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | If you wish to exclude yourself from the Settlement, you must submit a written request received by **August 26, 2025**. If you exclude yourself, you will not be bound by the Settlement, if approved, or the Settlement release, and you will not be eligible for any payment from the Settlement. *See* Questions 17-21. |
| **OBJECT TO THE SETTLEMENT** | If you wish to object to the Settlement, you must file a written objection with the Court and concurrently serve copies on Class Counsel and NCB's Counsel received by **August 26, 2025**. You must be and remain a Settlement Class Member to object. *See* Questions 22 and 23. |
| **ATTEND THE FAIRNESS HEARING** | You may ask the Court for permission to speak about the Settlement at the Fairness Hearing by including such a request in your written objection, which you must file with the Court and serve on Class Counsel and NCB's Counsel by **August 26, 2025**. The Fairness Hearing is scheduled for **September 29, 2025 at 10AM ET**. *See* Questions 26-28. |
| **APPEAR THROUGH AN ATTORNEY** | You may enter an appearance through your own counsel at your own expense. *See* Questions 22 and 28. |

These rights and options, and the deadlines to exercise them are explained in this Notice. The capitalized terms used in this Notice are explained or defined below or in the Settlement Agreement, which is available on the Settlement Website, www.NCBDataSettlement.com.

The Court has appointed the lawyers listed below ("Class Counsel") to represent you and the Settlement Class in this Action:

Benjamin F. Johns
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
Email: bjohns@shublawyers.com

Christian Levis
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 733-7205
Email: NCBSettlement@lowey.com

Joseph M. Lyon
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Email: jlyon@thelyonfirm.com

Please regularly visit the Settlement Website www.NCBDataSettlement.com for updates relating to the Settlement.

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION.............................................................................................7
  1.  What Is a Class Action Lawsuit?...............................................................7

  2.  Why This Notice?........................................................................................7

  3.  What Are the Definitions Used In This Notice?.......................................7

  4.  What Is This Action About?.......................................................................7

  5.  What Is the History Of This Action?.........................................................8

  6.  Why Is There a Settlement?.......................................................................9

WHO GETS MONEY FROM THE SETTLEMENT ..............................................9
  7.  How Do I Know If I Am a Settlement Class Member?............................9

  8.  Are There Exceptions to Being Included In The Settlement Class?.......10

  9.  I'm Still Not Sure If I Am Included. ........................................................10

THE SETTLEMENT BENEFITS .........................................................................10
  10.  What Does the Settlement Provide?.......................................................10

  11.  How Will I Get a Payment?....................................................................11

  12.  How Much Will My Payment Be? .........................................................11

  13.  When Will I Receive a Payment?..........................................................11

  14.  What Do I Have to Do After I File a Settlement Claim Form?..............12

  15.  What Am I Giving Up to Receive a Payment?......................................12

  16.  What If I Do Nothing?............................................................................13

EXCLUDING YOURSELF FROM THE SETTLEMENT....................................13
  17.  What If I Do Not Want to be in the Settlement Class?..........................13

  18.  How Do I Exclude Myself?....................................................................13

  19.  If I Do Not Exclude Myself, Can I Sue NCB for the Same Thing Later?.....................14

  20.  If I Exclude Myself, Can I Get Money from The Settlement?..............14

  21.  If I Exclude Myself from the Settlement, Can I Still Object? ...............14

OBJECTING TO THE SETTLEMENT .................................................................14
  22.  How Do I Tell the Court What I Think About the Settlement?..............14

  23.  What Is the Difference Between Objecting And Excluding Myself?.....14

THE LAWYERS REPRESENTING YOU .............................................................15
  24.  Do I Have a Lawyer in This Case?........................................................15

  25.  How Will the Lawyers Be Paid?............................................................15

THE COURT'S FAIRNESS HEARING ................................................................16
  26.  When and Where Will the Court Decide Whether to Approve the Settlement? ...........16

  27.  Do I Have to Attend the Fairness Hearing?..........................................16

  28.  May I Speak at the Fairness Hearing?...................................................16

GETTING MORE INFORMATION......................................................................17
  29.  How Do I Get More Information?..........................................................17

## BASIC INFORMATION

**1.    What Is a Class Action Lawsuit?**

A class action is a lawsuit in which one or more representative plaintiffs (in this case, Plaintiffs) bring a lawsuit on behalf of themselves and other similarly situated persons (*i.e.*, a class) who have similar claims against the defendant. The representative plaintiffs, the court, and counsel appointed to represent the class all have a responsibility to make sure that the interests of all class members are adequately represented.

Importantly, class members are NOT individually responsible for payment of attorneys' fees or litigation expenses. In a class action, attorneys' fees and litigation expenses are paid from the court-awarded judgment amount or, as in this case, from the settlement fund, and such payment must be approved by the court. If there is no recovery on behalf of the class, the attorneys do not get paid.

When a representative plaintiff enters into a settlement with a defendant on behalf of a class, such as in this Settlement with NCB, the court will require that the members of the class be given notice of the settlement and an opportunity to be heard with respect to the settlement. The court then conducts a hearing (called a Fairness Hearing) to determine, among other things, if the settlement is fair, reasonable, and adequate.

**2.    Why This Notice?**

This Notice was posted to the Settlement Website or otherwise distributed to you to advise potential Settlement Class Members of the proposed Settlement. As a potential Settlement Class Member, you have a right to know about the proposed Settlement with NCB before the Court decides whether to approve the Settlement.

This Notice explains the Action, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how you can apply to receive your portion of the benefits if you are eligible. The purpose of this Notice is also to inform you of the Fairness Hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, and to consider requests for awards of attorneys' fees and expenses, and any Service Award for Plaintiffs.

**3.    What Are the Definitions Used In This Notice?**

This Notice incorporates by reference the definitions in the Stipulation and Agreement of Class Action Settlement with NCB (the "Settlement Agreement").

The Settlement Agreement and the Court's Preliminary Approval Order are posted on the Settlement Website. All capitalized terms used in this Notice, but not otherwise defined, shall have the same meanings as in the Settlement Agreement and the Court's Preliminary Approval Order.

**4.    What Is This Action About?**

Plaintiffs brought this Action against NCB, a national debt buyer, debt collector, and provider of Accounts Receivable Management and Call Center Management solutions for financial services companies, banks, and lenders such as Bank of America and Pathward. This Action arises out of the Data Breach, which Plaintiffs allege caused Settlement Class Members' Personal Information to be accessed, stolen, or compromised as a result of the unauthorized third-party access to NCB's systems identified on or around February 4, 2023.

The Consolidated Complaint alleged that NCB was responsible for the Data Breach, and asserted legal claims for negligence, negligence *per se*, breach of implied contract, unjust enrichment, violations of state consumer protection and data privacy statutes and the Driver's Privacy Protection Act, declaratory and injunctive relief, and breach of contract. The lawsuit seeks compensation for people whose information was exposed in the Data Breach.

NCB disputes Plaintiffs' allegations and denies, among other things, that it failed to properly protect any personal data, had inadequate data security, or that it violated any state or federal laws. Nevertheless, to avoid the uncertainty and risk of further litigation and the duration, expense, difficulties, and delays inherent in such litigation, NCB has agreed to settle the claims in this lawsuit, and to pay a total of $2,625,000 to eligible Settlement Class Members (the "Settlement Amount").

If the Settlement is approved, each Settlement Class Member that has not timely filed a written request for exclusion and submits a timely and valid Settlement Claim Form will be entitled to a Settlement Benefit from the Net Settlement Fund and may elect to receive either a Cash Payment for Out-of-Pocket Losses, Lost Time or an Alternative Cash Payment.

If the Settlement is approved, the Action will be resolved against NCB. If the Settlement is not approved, the Action will continue, and Plaintiffs will continue to pursue their claims against NCB.

## 5.    What Is the History Of This Action?

On February 4, 2023, NCB discovered that an unauthorized third-party gained access to NCB's computer systems on February 1, 2023 and allegedly stole files containing Personal Information. The Data Breach may have included the Personal Information of up to approximately 1,631,422 individuals. NCB launched an investigation, and on or around February 18, 2023, NCB received confirmation and physical evidence from the threat actor that the data allegedly taken was destroyed. NCB and Bank of America sent a letter to impacted individuals advising of the Data Breach.

On March 30, 2023, Plaintiff Joseph Lindquist filed the class action complaint against NCB in the U.S. District Court for the Eastern District of Pennsylvania, asserting claims arising out of the Data Breach. *See Lindquist v. NCB Management Services, Inc.*, Case No. 2:23-cv-01236 (E.D. Pa.). In total, eight (8) putative class actions against NCB and Bank of America were filed related to the Data Breach. On April 13, 2023, Plaintiffs moved to consolidate all of the then pending related actions in the U.S. District Court for the Eastern District of Pennsylvania against NCB and Bank of America, and to appoint Interim Co-Lead Class Counsel, Liaison Counsel, and a Plaintiffs' Steering Committee. On June 5, 2023, the Court consolidated the eight (8) putative class actions against NCB and Bank of America as *In re NCB Management Services, Inc. Data Breach Litigation*, Case No. 2:23-cv-01236-KNS (E.D. Pa.).

On July 20, 2023, Plaintiffs filed their Consolidated Complaint against Defendants NCB, Bank of America, and Pathward. Defendants NCB, Bank of America, and Pathward moved to dismiss Plaintiffs' Consolidated Complaint on October 3, 2023. The motion to dismiss was fully briefed by December 11, 2023. On August 28, 2024, Plaintiffs voluntarily dismissed their claims with prejudice against Bank of America and Pathward. On September 11, 2024, the Court granted NCB's partial motion to dismiss. Since NCB had not moved to dismiss Plaintiffs' claims for negligence and for declaratory and injunctive relief, these causes of action remained in the case following the Court's decision on NCB's motion to dismiss.

Plaintiffs and NCB participated in a hard-fought mediation on December 18, 2024, with mediator Bennett G. Picker of Stradley Ronon Stevens & Young, LLP and reached an agreement in principle to settle the Action. During the next several weeks, the Parties negotiated the details of the Settlement, and the Parties executed the Settlement Agreement on April 10, 2025.

**6.       Why Is There a Settlement?**

Plaintiffs and Class Counsel believe that Settlement Class Members may have been injured by NCB's conduct. NCB denies all material allegations of the Consolidated Complaint, including that it failed to properly protect any personal data, had inadequate data security, that it violated any state or federal laws, or that any individuals were harmed.

The Court has not decided the Action in favor of either Plaintiffs or NCB. Instead, Class Counsel and NCB mediated their dispute and reached a negotiated resolution of the Action. The Settlement allows both sides to avoid the risks and costs of lengthy litigation and the uncertainty of pre-trial proceedings, a trial, and appeals, and, if approved, will permit eligible Settlement Class Members to receive some compensation, rather than risk ultimately receiving nothing. Plaintiffs and Class Counsel believe the Settlement is in the best interest of all Settlement Class Members.

NCB has agreed to pay a total of $2,625,000 in cash for the benefit of the proposed Settlement Class. If the Settlement is approved, each Settlement Class Member that does not opt out of the Settlement and files a timely and valid Settlement Claim Form is eligible to receive either a Cash Payment for Out-of-Pocket Losses or an Alternative Cash Payment.

If the Settlement is approved, the Action will be resolved against NCB and all claims against NCB and the Released Parties will be released. If the Settlement is not approved, NCB will remain as a defendant in the Action, and Plaintiffs will continue to pursue their claims against NCB.

## WHO GETS MONEY FROM THE SETTLEMENT

**7.       How Do I Know If I Am a Settlement Class Member?**

The Court has decided that everyone who fits the following description is a Settlement Class Member. In the Preliminary Approval Order, the Court preliminarily approved the following Settlement Class:

> All Persons in the United States whose Personal Information was compromised in the Data Breach disclosed by NCB on or about March 24, 2023, including all who were sent notice of the Data Breach.

Not everyone who fits this description will be a Settlement Class Member. Please see Question 8 for who is excluded from the Settlement Class.

**8.       Are There Exceptions to Being Included In The Settlement Class?**

Yes. Excluded from the Settlement Class are: (i) NCB, Bank of America, and Pathward, or any entity in which they have a controlling interest, and any of their officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any Settlement Class Member that timely and validly excludes themselves from the Settlement; and (iii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff

**9.       I'm Still Not Sure If I Am Included.**

If you are still not sure whether you are included, you can ask for free help. You can call toll-free (833) 421-6696 or visit the Settlement Website, www.NCBDataSettlement.com for more information.

**THE SETTLEMENT BENEFITS**

**10.    What Does the Settlement Provide?**

NCB has agreed to pay $2,625,000 in cash for the benefit of the proposed Settlement Class. If the Settlement is approved, each Settlement Class Member that does not opt out of the Settlement and submits a timely and valid Settlement Claim Form will be provided an opportunity to claim for one of the following two (2) categories of Settlement Benefits:

(A) **Cash Payment for Out-of-Pocket Losses & Lost Time**—Settling Class Members that provide documented evidence for reimbursement of Out-of-Pocket Losses directly attributable to the Data Breach may be reimbursed up to a total of $2,500. Settling Class Members must include: (i) documentation supporting their loss; and (ii) a brief description of the documentation describing the nature of their loss, if the nature of the loss is not apparent from the documentation alone. Documentation can include receipts or other documentation not "self-prepared" by the Settling Class Member that document the costs incurred. As part of the Out-of-Pocket Losses, Settling Class Members may also submit a claim for reimbursement of time spent remedying losses attributable to the Data Breach, up to four (4) hours at thirty dollars ($30) per hour and for any mitigation measures undertaken after March 24, 2023, such as purchasing credit monitoring services, fraud resolution services, and professional services incurred to address identity theft or fraud.

**OR**

(B) **Alternative Cash Payment**—Settling Class Members may receive a flat, *pro rata* share from the Alternative Cash Payment Fund. No Documentation is required. The amounts of these payments are unknown at this time but will be calculated based upon how many Settlement Class Members submit valid and Approved Claims for Alternative Cash Payments. Further, Approved Claims for Cash Payment for Out-of-Pocket Losses that are less than the Alternative Cash Payment will be converted to Approved Claims for Alternative Cash Payment.

**You may only select *one* of the above options, which are explained in more detail in Section 7 of the Settlement Agreement.**

**11.    How Will I Get a Payment?**

If you are a Settling Class Member you must claim your Settlement Benefits by filing a Settlement Claim Form. If you file a Settlement Claim Form online on the Settlement Website, you may choose on the Settlement Claim Form to receive your Settlement Benefits either via check or via an electronic payment. If you file a paper Settlement Claim Form by mail, you will receive your Settlement Benefit via check. Settlement Claim Forms must be submitted either online at the Settlement Website **on or before 11:59 p.m. Eastern Time on August 26, 2025 OR postmarked on or before August 26, 2025** and mailed to the Claims Administrator at the following address:

In re: NCB Management Services, Inc. Data Breach Litigation
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

If you submit your Settlement Claim Form online and provide your email address, following the timely submission and receipt of your Settlement Claim Form, in which the Claims Administrator will send you a "Confirmation of Claim Receipt," which will acknowledge receipt of your Claim.

**12.    How Much Will My Payment Be?**

At this time, it is not known precisely how much each Authorized Claimant will receive from the Net Settlement Fund. This will depend on (1) what category of Settlement Benefits you select and (2) how many Settlement Class Members ultimately file claims. The Settlement Class is estimated to be approximately 1,631,422 individuals. The Settlement Fund shall be used to pay in the following order: (i) Taxes; (ii) Claims Administration Costs; (iii) attorneys' fee and expenses approved by the Court; (iv) Service Awards approved by the Court; (v) Approved Claims for Cash Payments for Out-of-Pocket Losses & Lost Time; (vi) and Approved Claims for the Alternative Cash Payments.

**13.    When Will I Receive a Payment?**

The Court will hold the Fairness Hearing on **September 29, 2025 at 10AM ET** to decide whether to approve the Settlement. If the Court approves the Settlement, there may be appeals after that. It can sometimes take a year or more for the appellate process to conclude.

Please be patient; status updates will be posted on the Settlement Website.

**14.    What Do I Have to Do After I File a Settlement Claim Form?**

After you file a Settlement Claim Form, the Claims Administrator will evaluate your Settlement Claim Form to determine if you have provided sufficient information to validate your membership in the Settlement Class. If the Claims Administrator determines that your Settlement Claim Form is deficient or defective, it may contact you. If you subsequently provide information that satisfies the Claims Administrator concerning the validity of your Settlement Claim Form, you will not have to do anything else.

**15.    What Am I Giving Up to Receive a Payment?**

Unless you exclude yourself, you remain a Settlement Class Member. That means you cannot sue, continue to sue, or be part of any other lawsuit about the Released Claims in this Action against NCB and the Released Parties. Once the Settlement receives Final Approval from the Court, the Releasing Parties will finally and forever release and discharge from and covenant not to sue the Released Parties for the Released Claims.

The capitalized terms used in this paragraph are defined in the Settlement Agreement, Preliminary Approval Order, or this Notice. For easy reference, certain of these terms are copied below:

- **"Released Parties"** means NCB, Bank of America, Pathward, and all other entities which provided Personal Information to NCB that was compromised in the Data Breach, their respective predecessors, successors, and assigns, their direct and indirect parents, subsidiaries, affiliates, and joint ventures, and each of their respective current and former officers, directors, employees, managers, members, partners, agents, shareholders, attorneys, insurers, reinsurers, or legal representatives, and the predecessors, successors, heirs, executors, administrators, and assigns of each of the foregoing. As used in this provision, "affiliates" means entities controlling, controlled by, or under common control with a Released Party.

- **"Releasing Parties"** means each and every Plaintiff and each and every Settling Class Member on their own behalf or on behalf of their respective predecessors, successors and assigns.

- **"Released Claims"** means any and all manner of claims, including unknown claims, causes of action, cross-claims, counter-claims, charges, liabilities, demands, judgments, suits, obligations,

debts, setoffs, rights of recovery, or liabilities for any obligations of any kind whatsoever (however denominated), whether class, derivative, or individual, in law or equity or arising under constitution, statute, regulation, ordinance, contract, common law or otherwise in nature, for fees, costs, penalties, fines, debts, expenses, attorneys' fees, interest, and damages, whenever incurred, for restitution or any other payment of money, and for liabilities of any nature whatsoever (including joint and several), known or unknown, suspected or unsuspected, asserted or unasserted, in any jurisdiction that Releasing Parties or any of them ever had, now has, or hereafter can, shall or may have, representatively, derivatively or in any other capacity, against the Released Parties arising from or relating in any way to the Data Breach and the conduct alleged in the Action, or which could have been alleged in the Action against the Released Parties.

**16. What If I Do Nothing?**

You are automatically a member of the Settlement Class if you fit the Settlement Class description. However, if you do not submit a timely and valid Settlement Claim Form, you will not receive any payment from the Settlement. You will be bound by past and any future Court rulings, including rulings on the Settlement and release. Unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be a part of any other lawsuit against NCB or any of the other Released Parties on the basis of the Released Claims. Please see Question 15 for a description of the Released Claims.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

**17. What If I Do Not Want to be in the Settlement Class?**

If you are a Settlement Class Member, do not want to remain in the Settlement Class, and do not want a payment from the Settlement, then you must take steps to exclude yourself from the Settlement. This is also sometimes referred to as "opting out" of a class. *See* Question 18.

If you act to exclude yourself from the Settlement Class of which you would otherwise be a member, you will be free to sue NCB or any of the other Released Parties on your own for the claims being resolved by this Settlement. However, you will not receive any money from the Settlement, and Class Counsel will no longer represent you with respect to any claims against NCB.

If you want to receive money from the Settlement, do not exclude yourself. You should file a Settlement Claim Form to receive a payment from the Settlement.

**18. How Do I Exclude Myself?**

You can exclude yourself by sending a written Request for Exclusion to the Claims Administrator by U.S. Mail or other delivery service (i.e., FedEx or UPS). You cannot exclude yourself by telephone or on the Settlement Website. Your written Request for Exclusion must be received by Claims Administrator at the below address no later than **August 26, 2025**:

In re: NCB Management Services, Inc. Data Breach Litigation
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

Your written Request for Exclusion must (a) identify the case name of the Action; (b) identify your full name and address, and, if represented by counsel, the name and address of your counsel; (c) include the Class Member ID code and other information included on the Short Form Notice provided by the Claims Administrator to you; (d) be personally signed by you, and, if represented by counsel, also be signed by

your counsel; (e) include a statement clearly indicating your intent to be excluded from the Settlement; and (f) request exclusion only for you as the Person whose personal signature appears on the request.

A Request for Exclusion that does not include all of the information above, that seeks exclusion on behalf of more than one individual (*i.e.*, mass opt-outs), that is sent to an address other than the one designated above, or that is not sent within the time specified shall be invalid. Any Person(s) filing such an invalid request shall be a Settlement Class Member and shall be bound by the Settlement, if approved.

All Persons who submit valid and timely Requests for Exclusion in the manner set forth above shall have no rights under the Settlement, shall not share in the distribution of the Net Settlement Fund, and shall not be bound by the Settlement. In addition, such Persons will not be entitled to object to the Settlement or appear at the Fairness Hearing.

**19.    If I Do Not Exclude Myself, Can I Sue NCB for the Same Thing Later?**

No. Unless you exclude yourself from this Settlement, you give up any right to sue NCB or any of the Released Parties for the Released Claims that the Settlement resolves.

**20.    If I Exclude Myself, Can I Get Money from The Settlement?**

No. You will not get any money from the Settlement if you exclude yourself.

**21.    If I Exclude Myself from the Settlement, Can I Still Object?**

No. If you exclude yourself, you are no longer a Settlement Class Member and may not object to any aspect of the Settlement.

<u>**OBJECTING TO THE SETTLEMENT**</u>

**22.    How Do I Tell the Court What I Think About the Settlement?**

If you are a Settlement Class Member and you do not exclude yourself, you can tell the Court what you think about the Settlement by filing an objection. You can object to any part or all of the Settlement, the Fee and Expense Application for attorneys' fees and expenses, and/or the motion for any Service Award for Plaintiffs. You can give reasons why you think the Court should approve them or not. The Court will consider your views. If you want to make an objection, you may enter an appearance in the Action, at your own expense, individually or through counsel of your own choice, by electronically filing with or otherwise delivering to the Clerk of the U.S. District Court for the Eastern District of Pennsylvania a notice of appearance and your objection, and serving copies of your objection concurrently by mail, hand, or overnight delivery service to Class Counsel and NCB's Counsel received by **August 26, 2025** at the following physical addresses:

<u>***Court***</u>

Clerk of Court
U.S. District Court
for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

<u>***Class Counsel***</u>

| Benjamin F. Johns | Christian Levis | Joseph M. Lyon |
|---|---|---|
| **SHUB JOHNS & HOLBROOK LLP** | **LOWEY DANNENBERG, P.C.** | **THE LYON LAW FIRM, LLC** |
| Four Tower Bridge | 44 South Broadway, Suite 1100 | 2754 Erie Avenue |
| 200 Barr Harbor Drive, Suite 400 | White Plains, NY 10601 | Cincinnati, OH 45208 |
| Conshohocken, PA 19428 | | |

### ***Counsel for NCB***

David J. Shannon
**MARSHALL DENNEHEY, P.C.**
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Any Settlement Class Member who does not enter an appearance will be represented by Class Counsel.

If you choose to object, you must submit a written objection to the Court. You cannot make an objection by telephone or email. Your written objection must include (a) the case name and number of the Action; (b) your full name, address, and telephone number and, if represented by counsel, the name, address, and telephone number of your counsel; (c) the Class Member ID code and other information on the Long Form Notice or Short Form Notice provided by the Claims Administrator that identifies you as a Settlement Class Member; (d) a statement of whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class; (e) a statement of the number of times in which you (and, where applicable, objector's counsel) have objected to a class action settlement within the three years preceding the date that you file the objection, along with the caption of each case in which you (or your counsel) have made such objection; (f) a statement of the specific grounds for the objection; and (g) a statement of whether you intend to appear at the Fairness Hearing, and if so, whether personally or through counsel.

If you object and intend to speak at the Fairness Hearing (whether *pro se* or through an attorney), the written objection must include a detailed description of any evidence you may offer at the Fairness Hearing, as well as copies of any exhibits the objecting Settlement Class Member may introduce at the Fairness Hearing.

If you do not timely and validly submit your objection as described above, your views will not be considered by the Court or any court on appeal. Check the Settlement Website, www.NCBDataSettlement.com for updates on important dates and deadlines relating to the Settlement.

### 23.    What Is the Difference Between Objecting And Excluding Myself?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you remain a Settlement Class Member and do not exclude yourself from the Settlement. Objecting will not prevent you from receiving a payment from the Net Settlement Fund if you submit a valid Settlement Claim Form on or before **August 26, 2025**. Excluding yourself from the Settlement is telling the Court that you do not want to be a part of the Settlement Class. If you exclude yourself, you have no right to object to the Settlement because it no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 24.    Do I Have a Lawyer in This Case?

The Court has appointed the lawyers listed below as Class Counsel to represent you and the Settlement Class in this Action:

| | |
|---|---|
| Benjamin F. Johns | Christian Levis |
| **SHUB JOHNS & HOLBROOK LLP** | **LOWEY DANNENBERG, P.C.** |
| Four Tower Bridge | 44 South Broadway, Suite 1100 |
| 200 Barr Harbor Drive, Suite 400 | White Plains, NY 10601 |
| Conshohocken, PA 19428 | Tel: (914) 733-7205 |
| Tel: (610) 477-8380 | Email: NCBSettlement@lowey.com |
| Email: bjohns@shublawyers.com | |

Joseph M. Lyon
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Email: jlyon@thelyonfirm.com

These lawyers are called Class Counsel. Class Counsel may apply to the Court for payment of attorneys' fees and expenses that will be paid from the Settlement Fund. You will not otherwise be charged for Class Counsel's services. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 25.    How Will the Lawyers Be Paid?

To date, Class Counsel have not been paid any attorneys' fees or reimbursed for any out-of-pocket expenses incurred during the litigation of this Action. Any attorneys' fees and expenses will be awarded only as approved by the Court in amounts determined to be fair and reasonable. The Settlement Agreement provides that Class Counsel may apply to the Court for an award of attorneys' fees and litigation expenses paid from the Settlement Fund. Prior to the Fairness Hearing, Class Counsel will move for an attorneys' fee award not to exceed one-third of the Settlement Fund ($875,000)  and as well as reasonable litigation expenses of no more than $50,000. Plaintiffs may also seek a Service Award to be paid from the Settlement Fund not to exceed $2,000 per Plaintiff, for a total of $36,000.

This is only a summary of the request for attorneys' fees and expenses. Any motions in support of the requests will be available for viewing on the Settlement Website after they are filed by **August 12, 2025**. If you wish to review the motion papers, you may do so by viewing them at the Settlement Website, www.NCBDataSettlement.com.

The Court will consider the motion for attorneys' fees and expenses at or after the Fairness Hearing.

## THE COURT'S FAIRNESS HEARING

### 26.    When and Where Will the Court Decide Whether to Approve the Settlement?

The Court will hold the Fairness Hearing on **September 29, 2025**, at **10:00 a.m. ET** at the U.S. District Court for the Eastern District of Pennsylvania in Courtroom 13-B, located at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106. The Fairness Hearing may be moved to a different location, date, or time without notice to you. The Fairness Hearing may be conducted remotely. Although you do not need to attend, if you plan to do so, you should check the Settlement Website before making travel plans.

At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider whether to approve the requests for attorneys' fees and expenses, and any Service Awards for Plaintiffs. If there are any objections, the Court will consider them at this time. We do not know how long the Fairness Hearing will take or when the Court will make its decision. The Court's decision may be appealed.

### 27.    Do I Have to Attend the Fairness Hearing?

No. Class Counsel will answer any questions the Court may have. You are, however, welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you file and serve your written objection on time, the Court will consider it. You may also hire your own lawyer to attend, but you are not required to do so.

### 28.    May I Speak at the Fairness Hearing?

You may ask the Court for permission to speak at the Fairness Hearing. If you want to appear at the Fairness Hearing, you may enter an appearance in the Action at your own expense, individually, or through counsel your own choice, by filing with the Clerk of Court a notice of appearance and your objection, and serving copies of your objection on Class Counsel and NCB's Counsel at the addresses set forth in in Question 22, such that they are received no later than **August 26, 2025**, or as the Court may otherwise direct. Any Settlement Class Member who does not enter an appearance will be represented by Class Counsel. You cannot request to speak at the Fairness Hearing by telephone or e-mail.

## GETTING MORE INFORMATION

### 29.    How Do I Get More Information?

The Court has appointed Kroll Settlement Administration LLC as the Claims Administrator. Among other things, the Claims Administrator is responsible for providing this Notice of the Settlement and processing Settlement Claim Forms.

This Notice summarizes the Settlement Agreement. More details are in the Settlement Agreement, which is available for your review at the Settlement Website, www.NCBDataSettlement.com. The Settlement Website also has answers to common questions about the Settlement, Settlement Claim Form, and other information to help you determine whether you are a Settlement Class Member and whether you are eligible for a payment. You may also call toll-free (833) 421-6696 or write to the Claims Administrator at:

In re: NCB Management Services, Inc. Data Breach Litigation

c/o Kroll Settlement Administration LLC

P.O. Box 225391

New York, NY 10150-5391

If this Notice reached you at an address other than the one on the mailing label, or if your address changes, please enter your current information online at the Contact Us page of the Settlement Website, including a current and valid email or send it to the Claims Administrator at the address above in the event the Claims Administrator needs to contact you.

**\*\*\*\*Please do not contact the Court or the Clerk's Office regarding this Notice or for additional information. \*\*\*\***

Exhibit D

83204000000000

| | | |
|---|---|---|
| **Your claim must be submitted online or <u>postmarked by</u>: August 26, 2025** | *In re: NCB Management Services, Inc. Data Breach Litigation*<br>Case No. 2:23-cv-01236-KNS (E.D. Pa.)<br><br>**SETTLEMENT CLAIM FORM** | **NCB** |

**USE THIS FORM TO MAKE A CLAIM FOR**
**(1) CASH PAYMENT FOR OUT-OF-POCKET LOSSES OR (2) AN ALTERNATIVE CASH PAYMENT**
**The DEADLINE to submit this Settlement Claim Form is: August 26, 2025**
**Settlement Claim Forms must be postmarked or submitted electronically by that date.**

<u>**GENERAL INSTRUCTIONS**</u>

If your Personal Information was compromised in the Data Breach disclosed by NCB on or about March 24, 2023, then you are a Settlement Class Member and may be eligible to make a claim for **one of the following two options:**

(1) **Cash Payment for Out-of-Pocket Losses & Lost Time** – Reimbursement up to $2,500 for certain documented out-of-pocket costs or expenditures, including lost time, incurred by a Settling Class Member that are fairly traceable to the Data Breach

   OR

(2) **Alternative Cash Payment** – A flat cash payment, in an amount to be determined consistent with the Settlement Agreement. The Alternative Cash Payment may be increased or reduced *pro rata* depending on the total number of Settlement Class Members who participate in the Settlement, and the type of Settlement relief selected by Class Members.

Complete information about the Settlement and its benefits are available at the Settlement Website: www.NCBDataSettlement.com.

**This Settlement Claim Form should be completed by the individual who received a notification from NCB of the Data Breach, or someone legally authorized to act on behalf of the individual who received a notification from NCB.**

**To receive a Settlement Benefit from this Settlement via an electronic payment, you must submit the Claim Form below electronically at www.NCBDataSettlement.com by August 26, 2025.**

This Settlement Claim Form may be submitted online at www.NCBDataSettlement.com or completed and mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Settlement Claim Form, including any supporting documentation, by U.S. mail to:

In re: NCB Management Services, Inc. Data Breach Litigation
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

| **I.  PAYMENT SELECTION** |
|---|

If you would like to receive your monetary Settlement Payment electronically by PayPal, Venmo, Zelle, Virtual MasterCard or Direct Deposit, please file your Settlement Claim Form on the Settlement Website, www.NCBDataSettlement.com.  All Settlement Class Members that file their Settlement Claim Forms by mail will receive their Settlement Payment by paper check.

**QUESTIONS? VISIT WWW.NCBDATASETTLEMENT.COM OR CALL TOLL-FREE (833) 421-6696**

8 3 2 0 4 0 0 0 0 0 0 0

<table>
<tr><td><strong>Your claim must be submitted online or <u>postmarked by:</u> August 26, 2025</strong></td><td><em>In re: NCB Management Services, Inc. Data Breach Litigation</em><br>Case No. 2:23-cv-01236-KNS (E.D. Pa.)<br><br><strong>SETTLEMENT CLAIM FORM</strong></td><td><strong>NCB</strong></td></tr>
</table>

## II. CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form and the Settlement. If this information changes prior to distribution of a Cash Payment for Out-of-Pocket Losses or an Alternative Cash Payment, you must notify the Claims Administrator in writing at the address in the general instructions or through the Contact Us page of the Settlement Website.

**First Name**                                   **Last Name**

**Street Address**

**City**                          **State**              **Zip Code**

**Email Address**               **Cellular  Phone Number**   **Home Phone Number**

**Date of Birth (MM/DD/YYYY)**                                   **Class Member ID**

<u>**You may select ONE of the following options:**</u>

**ALTERNATIVE CASH PAYMENT -** *Proceed to Section III*

<u>**OR**</u>

**CASH PAYMENT FOR OUT-OF-POCKET LOSSES** - *Proceed to Section IV*

## III. ALTERNATIVE CASH PAYMENT

☐    If you wish to receive an Alternative Cash Payment, you must check off the box for this section, and complete the Certification (Section V), and then simply return this Claim Form. You do not need to submit any additional documents if you are electing this category, so long as you provide your Class Member ID that was provided on your emailed or mailed Notice.

**QUESTIONS? VISIT WWW.NCBDATASETTLEMENT.COM OR CALL TOLL-FREE (833) 421-6696**

  

```
|||||||||||||||||||||||||||||||
  8 3 2 0 4 0 0 0 0 0 0 0
```

| | | |
|---|---|---|
| **Your claim must be submitted online or <u>postmarked by:</u> August 26, 2025** | *In re: NCB Management Services, Inc. Data Breach Litigation*<br>Case No. 2:23-cv-01236-KNS (E.D. Pa.)<br><br>**SETTLEMENT CLAIM FORM** | **NCB** |

---

**IV.  CASH PAYMENT FOR OUT-OF-POCKET LOSSES**

☐     Please check off this box for this section if you are electing to seek reimbursement for <u>up to $2,500</u> of Documented Losses you incurred that are more likely than not a result of the Data Breach. Out-of-Pocket Losses include unreimbursed losses and consequential expenses, as well as lost time, that more likely than not resulted from the Data Breach and were incurred between March 24, 2023, through the date of the Settlement Claims Deadline.

In order to make a claim for a Cash Payment for Out-of-Pocket Losses, **you must** (i) fill out the information below and/or on a separate sheet submitted with this Claim Form; (ii) sign the attestation at the end of this Section; and (iii) include and attach reasonable documentation supporting each claimed cost along with this Claim Form. Documented Losses need to be deemed more likely than not due to the Data Breach by the Claims Administrator based on the documentation you provide and the facts of the Data Breach. **Failure to meet the requirements of this section may result in your claim being rejected by the Claims Administrator.**

| Cost Type<br>(Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation<br>(Identify what you are attaching and why) |
|---|---|---|---|
| ○  Unreimbursed fraud losses or charges. | ☐ / ☐☐ / ☐☐<br>(mm/dd/yy) | $ ☐☐☐☐ . ☐☐ | *Examples: Account statement with unauthorized charges highlighted; Correspondence from financial institution declining to reimburse you for fraudulent charges.* |
| ○  Professional fees incurred in connection with identity theft or falsified tax returns. | ☐ / ☐☐ / ☐☐<br>(mm/dd/yy) | $ ☐☐☐☐ . ☐☐ | *Examples: Receipt for hiring service to assist you in addressing identity theft; Accountant bill for re-filing tax return.* |
| ○  Lost interest or other damages resulting from a delayed state and/or federal tax refund in connection with fraudulent tax return filing. | ☐ / ☐☐ / ☐☐<br>(mm/dd/yy) | $ ☐☐☐☐ . ☐☐ | *Examples: Letter from IRS or state about tax fraud in your name; Documents reflecting length of time you waited to receive your tax refund and the amount.* |

**QUESTIONS? VISIT WWW.NCBDATASETTLEMENT.COM OR CALL TOLL-FREE (833) 421-6696**

  

83204000000000

<table>
<tr><td><strong>Your claim must be submitted online or <u>postmarked by:</u> August 26, 2025</strong></td><td colspan="2"><em>In re: NCB Management Services, Inc. Data Breach Litigation</em><br>Case No. 2:23-cv-01236-KNS (E.D. Pa.)<br><br><strong>SETTLEMENT CLAIM FORM</strong></td><td><strong>NCB</strong></td></tr>
</table>

| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| ○ Credit freeze. | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐☐ . ☐☐ | *Examples: Notices or account statements reflecting payment for a credit freeze.* |
| ○ Credit monitoring that was ordered or purchased after March 24, 2023, through the date of the Settlement Claims Deadline. | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐☐ . ☐☐ | *Examples: Receipts or account statements reflecting purchases made for credit monitoring and insurance services.* |
| ○ Miscellaneous expenses such as notary, fax, postage, copying, mileage, and long- distance telephone charges. | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐☐ . ☐☐ | *Examples: Phone bills, gas receipts, postage receipts; detailed list of locations to which you traveled (i.e. police station, IRS office), indication of why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled to remediate or address issues related to the NCB Data Breach.* |
| ○ Other (provide detailed description). | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐☐ . ☐☐ | *Please provide detailed description below or in a separate document submitted with this Claim Form.* |

☐ **Lost Time**. Settling Class Members may submit a claim for reimbursement of time spent remedying losses attributable to the Data Breach, up to four (4) hours at thirty dollars ($30) per hour. Out-of-Pocket Losses for Lost Time are capped at $120.00 per individual.

Time Spent: ☐ 1 hour    ☐ 2 hours    ☐ 3 hours    ☐ 4 hours

**QUESTIONS? VISIT WWW.NCBDATASETTLEMENT.COM OR CALL TOLL-FREE (833) 421-6696**

  

8 3 2 0 4 0 0 0 0 0 0 0

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by:</u> August 26, 2025**

</td><td>

*In re: NCB Management Services, Inc. Data Breach Litigation*
Case No. 2:23-cv-01236-KNS (E.D. Pa.)

# SETTLEMENT CLAIM FORM

</td><td>

**NCB**

</td></tr>
</table>

Provide a brief description of the actions taken in response to the Data Breach and the time associated with each action.

_____

_____

_____

### <u>ATTESTATION</u>
### (REQUIRED FOR CASH PAYMENT FOR OUT-OF-POCKET LOSSES CLAIMS ONLY)

I, _____, declare that I suffered the out-of-pocket losses claimed above.
  [Name]

I also attest that the out-of-pocket losses claimed above are accurate and were not otherwise reimbursable by insurance.

I declare under penalty of perjury under the laws of the United States of America and the state that I reside that the foregoing is true and correct.

Executed on _____, in _____, _____.

      [Date]          [City]          [State]

                                                _____
                                                [Signature]

---

## V. CERTIFICATION

By submitting this Settlement Claim Form, I certify that I am eligible to make a claim in this Settlement and that the information provided in this Settlement Claim Form and any attachments are true and correct. I declare under penalty of perjury under the laws of the United States of America and the state that I reside that the foregoing is true and correct. I understand that this claim may be subject to audit, verification, and Court review and that the Claims Administrator may require supplementation of this claim or additional information from me. I also understand that all claim payments are subject to the availability of settlement funds and may be reduced in part or in whole, depending on the type of claim and the determinations of the Claims Administrator.

_____      _____      _____
         Signature                     Printed Name                 Date

**QUESTIONS? VISIT WWW.NCBDATASETTLEMENT.COM OR CALL TOLL-FREE (833) 421-6696**





# Exhibit E

## NCB Management Social Media Ads









Exhibit F

Jun 27, 2025 10:00 AM Eastern Daylight Time

# Kroll Settlement Administration Announces a Proposed Settlement in the *NCB Management Services, Inc. Data Breach Litigation*; If Your Personal Information Was Impacted by the Data Breach, You May Be Eligible to Receive Benefits

Share 

PHILADELPHIA--(BUSINESS WIRE)--The following statement is being issued by Kroll Settlement Administration regarding *In re: NCB Management Services, Inc. Data Breach Litigation*.

**Who is this about?**

A proposed settlement has been reached in a class action lawsuit called *In re: NCB Management Services, Inc. Data Breach Litigation*, Case No. 2:23-cv-01236-KNS (the "Lawsuit"), which is pending in the United States District Court for the Eastern District of Pennsylvania (the "Court"). The Lawsuit alleges that the unauthorized third-party access to NCB Management Services, Inc. ("NCB") systems identified on or around February 4, 2023 (the "Data Breach") caused Class Members' Personal Information to be accessed, stolen, or compromised.

**Who is a Settlement Class Member?**

The Settlement Class includes all Persons in the United States whose Personal Information was compromised in the Data Breach disclosed by NCB on or about March 24, 2023, including all who were sent notice of the Data Breach.

**What does the Settlement provide?**

The Settlement establishes a $2,625,000 Settlement Fund to be used to pay for Claims Administration Costs; Service Awards to the Plaintiffs; attorneys' fees and expenses; Approved Claims for Cash Payments for Out-of-Pocket Losses & Lost Time; and Approved Claims for the Alternative Cash Payments. Settlement Class Members may select <u>**ONE**</u> of the following Settlement Benefits:

- <u>**Cash Payments for Out-of-Pocket Loss & Lost Time**</u> – reimbursement for certain documented out-of-pocket costs or expenditures, including lost time, incurred by a Settlement Class Member that are fairly traceable to the Data Breach (up to $2,500). Settling Class Members may submit a claim for reimbursement of time spent remedying losses attributable to the Data Breach ("Lost Time"), up to four (4) hours at thirty dollars ($30) per hour; **OR**
- <u>**Alternative Cash Payments**</u> – a flat cash payment, in an amount to be determined consistent with the Settlement. The Alternative Cash Payments may be increased or reduced *pro rata* depending on the total number of Settlement Class Members who participate in the Settlement, and the type of Settlement relief selected by Class Members.

**How do I get a Cash Payment?**

You must submit a Claim Form, available at **www.NCBDataSettlement.com** to be eligible to receive either of the two (2) Settlement Benefits listed above. You must complete and file a Settlement Claim Form either online or by mail **postmarked by August 26, 2025** including required documentation.

**What are your other options?**

- **Do Nothing:** If you do nothing, you are included as a Settlement Class Member but you will not get money from the Settlement. You will be legally bound by the terms of the Settlement, and

you give up any rights to sue for the claims asserted in this case.

- **Exclude Yourself:** If you do not want to be included in the Settlement and legally bound by decisions made by the Court, you must exclude yourself, or "opt out," by mailing a written request for exclusion to the Settlement Administrator to be **received by August 26, 2025**. If you exclude yourself, you will not get any Settlement Class Member Benefits because the Settlement no longer affects you.
- **Object**: You can remain a Settlement Class Member but submit an objection and explain why you do not like the Settlement. Written objections must be filed with the Court to be **received by August 26, 2025**.

**When is the Fairness Hearing?**

The Court will hold a Fairness Hearing on **September 29, 2025 at 10:00 a.m. ET** at the U.S. District Court for the Eastern District of Pennsylvania in Courtroom 13-B, located at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106. The purpose of the Fairness Hearing is for the Court to consider approval of the settlement, payment to Class Counsel for attorneys' fees of up to one-third of the Settlement Fund plus reasonable litigation costs up to $50,000, and an award of up to $2,000 for each Class Representative (for a total of $36,000). You may appear at the hearing yourself or through an attorney hired by you, at your own expense, but you don't have to.

*This is only a summary.* If you have questions or want more information about this lawsuit, the settlement and your rights, visit **www.NCBDataSettlement.com**, call **(833) 421-6696** or write to *In re: NCB Management Services, Inc. Data Breach Litigation* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

## Contacts

Media Contact (press only): Sarah Shin, 310-291-9626

**Industry:**       Class Action Lawsuit    Professional Services    Legal

**KROLL SETTLEMENT ADMINISTRATION**

**RELEASE VERSIONS**

English

**CONTACTS**

Media Contact (press only): Sarah Shin, 310-291-9626

# More News From Kroll Settlement Administration

🔊 Get RSS Feed

**Kroll Settlement Administration Announces That a Proposed Class Action Settlement Has Been Reached in the Lawsuit Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund V. Olo Inc.**

NEW YORK--(BUSINESS WIRE)--Proposed Class Action Settlement Reached in Steamship Trade Association of Baltimore—International Longshoremen's Association Pension Fund V. Olo Inc....

Exhibit G

# Exclusion List

| Count | Reference Number | First | Last |
|-------|------------------|-------|------|
| 1 | 83204G4RB963S | P. | SANDERS |
| 2 | 83204GC4J7R2N | L. | FOSTER |