IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: NCB Management Services, Inc. Data Breach Litigation | Case No. 2:23-cv-01236-KNS |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order approving the proposed Settlement in this matter. Plaintiffs are concurrently submitting a memorandum of law that addresses the factors the Court may consider in this context, and a proposed Final Order granting this Motion.

Dated: September 8, 2025

Respectfully submitted,

Benjamin F. Johns (PA I.D. 201373)
Samantha E. Holbrook (PA I.D. 311829)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
Email: bjohns@shublawyers.com
Email: sholbrook@shublawyers.com

Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Fax: (914) 997-0035
Email: achristina@lowey.com

Joseph M. Lyon
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Email: jlyon@thelyonfirm.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Email: cschaffer@lfsblaw.com

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: (855) 843-5442
Email: TCoates@msdlegal.com

Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0583
Email: jbk@sstriallawyers.com

Danielle L. Perry
**MASON LLP**
5335 Wisconsin Avenue, N.W., Suite 640
Washington, D.C. 20015
Tel: (202) 640-1168
Email: dperry@masonllp.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
Email: malmstrom@whath.com

*Interim Co-Lead Class Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin F. Johns, hereby certify that on this 8th day of September, 2025, I caused the foregoing document to be filed using the Court's CM/ECF system, thereby causing it to be electronically served upon all counsel of record.

Benjamin F. Johns