## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: NCB Management Services, Inc. Data Breach Litigation* | Case No. 2:23-cv-01236-KNS <br><br> CLASS ACTION <br><br> **SECOND SUPPLEMENTAL DECLARATION OF ANDREA DUDINSKY OF KROLL SETTLEMENT ADMINISTRATION LLC REGARDING CLAIMS ADMINISTRATION** |

I, Andrea Dudinsky, declare as follows:

### INTRODUCTION

1.      I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2.      This declaration supplements the *Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on September 2, 2025 (the "Initial Declaration") and the *Supplemental Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on September 8, 2025 (the "Supplemental Declaration"), in order to provide updated information to the Court regarding the number of Claim Forms received by Kroll and the results of Kroll's claim review and validation process to date.. The Initial Declaration and Supplemental Declaration are incorporated herein by reference in their entirety.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Class Action Settlement entered into in this Action.

## CLAIM ACTIVITY

3.      The Settlement Claims Deadline was on August 26, 2025.

4.      As of September 23, 2025, Kroll has received 23,153 timely and 772 late Settlement Claim Forms.

5.      On September 22, 2025, at 11:59 pm ET, at the direction of Parties' Counsel, Kroll closed the Settlement Website's online Claim Form. Kroll is still in the process of reviewing and validating Claim Forms.

## DEFICIENCY PROCESS

6.      As of September 23, 2025, 236 Settlement Claim Forms have been deemed deficient, as the Settlement Class Members have either not provided proper documentation to support their claim for Out-of-Pocket Losses, or their Settlement Claim Form is otherwise incomplete. Kroll is in the process of scheduling a deficiency notice mailing to be sent by September 26, 2025. The deficiency notice will advise the Settlement Class Member that their submission of the appropriate information and/or documentary evidence to complete the Settlement Claim Form must be sent within twenty-one (21) days from the date of the letter.

7.      Kroll anticipates the claims review process to be completed on or around October 31, 2025.

## ALTERNATIVE CASH PAYMENTS

8.      As of September 23, 2025, Kroll has received 22,476 timely and 743 late Settlement Claims for Alternative Cash Payments.

9.      Based on the Settlement's plan of allocation, each Settlement Class Member who elected to receive an Alternative Cash Payment is estimated to receive between $32 and $50. The final Alternative Cash Payment amounts will be determined once Kroll processes all of the claims for Out-of-Pocket Losses and completes its claims review process.

## OUT-OF-POCKET LOSSES

10.     As of September 23, 2025, Kroll has received 661 timely and 28 late Settlement Claims for Out-of-Pocket Losses.

## <u>CERTIFICATION</u>

I declare under penalty of perjury under the laws of the United States that the above is true

and correct to the best of my knowledge and that this declaration was executed on September 23,

2025, in Kansas City, Missouri.

_____
Andrea Dudinsky