## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: NCB Management Services, Inc. Data Breach Litigation* | Case No. 2:23-cv-01236-KNS<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT CORMIO OF KROLL SETTLEMENT ADMINISTRATION LLC DESCRIBING THE PROPOSED DISTRIBUTION OF SETTLEMENT PAYMENTS** |

I, Robert Cormio, declare as follows:

### INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration is being filed in order to provide updated information to the Court regarding the number of Claim Forms received by Kroll and to describe the proposed distribution of Settlement Payments.

3. As of January 14, 2026, Kroll has received 320 timely Settlement Claim Forms through the mail and 22,863 timely Settlement Claim Forms filed electronically through the Settlement Website.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Class Action Settlement entered into in this Action.

4. As of January 14, 2026, Kroll has received 69 late Settlement Claim Forms through the mail and 768 late Settlement Claim Forms filed electronically through the Settlement Website.

5. Of the 24,020 Settlement Claim Forms received, 167 Settlement Claim Forms were rejected for being filed by non-Authorized Claimants, 102 Settlement Claim Forms were rejected for being filed as duplicate Settlement Claim Forms and 4 Settlement Claim Forms were rejected as being late.

6. Of the 24,020 Settlement Claim Forms received, 23,747 were verified as filed by Settlement Class Members. The following is a summary of the 23,747 Approved Claims and the types on benefits claimed.

   a. *Alternative Cash Payment:* Kroll has validated 23,232 Approved Claims for an aggregate value of $1,149,054.72. Based on the Settlement's Distribution Plan, each Settlement Class Member who elected to receive an Alternative Cash Payment is determined to receive $49.46. Of the 23,232 Approved Claims, 15,952 Settlement Class Members requested an electronic payment and 7,280 Settlement Class Members requested payment by check.

   b. *Cash Payment for Out-of-Pocket Losses & Lost Time*: Kroll has validated 515 Approved Claims for an aggregate value of $65,589.55. Of the 515 Approved Claims, 385 Settlement Class Members requested an electronic payment and 130 Settlement Class Members requested payment by check.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on January 14, 2026, in Northport, New York.

ROBERT CORMIO